EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2020 TSPR 37 |
| Medidas Judiciales ante situación de emergencia de salud por el Covid-19 | 204 DPR \_\_\_\_\_ |

Número del Caso:  EM-2020-08

Fecha:  13 de abril de 2020

Materia:  Extensión de Términos del Programa de Educación Jurídica Continua.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

| | | |
|---|---|---|
| Medidas adicionales ante situación de emergencia de salud por el COVID-19 | EM-2020-08 | Programa de Educación Jurídica Continua |

En San Juan, Puerto Rico, a 13 de abril de 2020.

El 12 de marzo de 2020 la Gobernadora de Puerto Rico, Hon. Wanda Vázquez Garced (Gobernadora), decretó un estado de emergencia por la amenaza que representa la pandemia por la propagación de COVID-19 (coronavirus). El 15 de marzo de 2020, la Gobernadora emitió una Orden Ejecutiva decretando un cierre total y toque de queda que aplica a entes gubernamentales y privados, con ciertas exclusiones relacionadas a servicios esenciales. La Orden Ejecutiva tendría vigencia desde el 16 de marzo hasta el 30 de marzo de 2020. Las medidas adoptadas mediante esta orden fueron extendidas en dos ocasiones y al presente se extenderán hasta el domingo, 3 de mayo de 2020.

El 15 de marzo de 2020 el Poder Judicial anunció el cierre parcial de operaciones, y suspendió todas las vistas y asuntos citados en los tribunales del país hasta el 30 de marzo de 2020. Se dispuso que durante este periodo solo se atenderán asuntos urgentes tales como vistas de causa para arresto (Regla 6), órdenes de protección, solicitudes de traslado de menores fuera de la jurisdicción, otros asuntos de familia y menores de carácter urgente, y órdenes de ingreso involuntario a la luz de la Ley de Salud Mental, para nombrar algunos. El 16 de marzo de 2020 resolvimos extender hasta el 15 de abril de 2020 "[c]ualquier término que ven[ciera] durante las fechas del 16 de marzo de 2020 hasta el 14 de abril de 2020". In re Medidas Judiciales ante situación de emergencia de salud por el COVID-19, EM-2020-03. El 26 de marzo resolvimos extender los términos judiciales hasta el 27 de abril de 2020, para atender la continuidad de las medidas de seguridad adoptadas. In re Medidas Judiciales ante situación de emergencia de salud por el COVID-19, EM-2020-05.

Habida cuenta de la extensión hasta el 3 de mayo de 2020 de las medidas de cierre parcial de operaciones anunciado por la Rama Judicial, y al amparo de nuestra facultad inherente para reglamentar la profesión legal, se decreta que todo término dispuesto en el Reglamento del Programa de Educación Jurídica Continua que venza entre el 16 de marzo y el 17 de mayo de 2020, se extenderá hasta el lunes, 1 de junio de 2020. Asimismo, durante

este periodo, el Programa de Educación Jurídica Continua no notificará avisos de incumplimiento en contra de los abogados y abogadas cuyo periodo de cumplimiento con los créditos de educación jurídica continua venció o vence en o antes del 1 de junio de 2020.

Se ordena la difusión inmediata de esta Resolución. Notifíquese a la Directora del Programa de Educación Jurídica Continua y al Director de la Oficina de Prensa de la Oficina de Administración de los Tribunales.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo